UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-80162-MARRA

NELSON FERNANDEZ,

    Plaintiff,
vs.

ULTIMATE SOCCER LLC, d/b/a
ULTIMATE SOCCER STORE, a
Florida limited liability company,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Corrected Notice of Voluntary Dismissal with Prejudice [DE 8].

THE COURT has considered the Corrected Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this Cause be, and the same is, hereby DISMISSED with prejudice. Fed. R. Civ. P. 41 (a)(1)(A)(ii). Any pending motions are denied as moot. This case is CLOSED.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of March, 2021.

KENNETH A. MARRA
United States District Judge